# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL L. BUCHANAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:15-cv-00051 |
| ) | Judge Trauger |
| SOCIAL SECURITY ADMINISTRATION, ) | Magistrate Judge Bryant |
| ) | |
| Defendant. ) | |

## O R D E R

On February 4, 2016, the magistrate judge issued a Report and Recommendation (Docket No. 20), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that this case is DISMISSED pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with court orders.

This Order constitutes the judgment in this case.

It is so **ORDERED**.

ENTER this 2nd day of March 2016.

_____
ALETA A. TRAUGER
U.S. District Judge